[No. 65434-9-I.   Division One.   July 5, 2011.]

RODOLFO M. APOSTOL, *Appellant*, v. RONALD WASTEWATER
DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 08-2-29336-0, Jeffrey M. Ramsdell, J., entered
April 23, 2010. *Affirmed* by unpublished opinion per Lau, J.,
concurred in by Leach, A.C.J., and Grosse, J.

[No. 65571-0-I.   Division One.   July 5, 2011.]

*In the Matter of the Dependency of* K.M.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*,
v. KATHRYN KAY MINKS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 09-7-00886-4, Joseph P. Wilson, J.,
entered May 12, 2010. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 65732-1-I.   Division One.   July 5, 2011.]

PACIFIC REALTY ASSOCIATES, LP, ET AL., *Plaintiffs*, v. PACIFIC
VENTURES REDMOND RIDGE, LLC, *Defendant*, MADI GROUP,
INC., *Respondent*, COASTAL COMMUNITY BANK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 09-2-05577-7, Steven C. Gonzalez, J., entered
July 12, 2010. *Reversed* and *remanded* by unpublished
opinion per Dwyer, C.J., concurred in by Appelwick and
Lau, JJ.

[No. 65803-4-I.   Division One.   July 5, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A. GILLUM,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 09-1-04487-9, Michael Hayden, J., entered July
1, 2010. *Reversed* and *remanded* by unpublished per curiam
opinion.